1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            San Francisco Division

11   CHARLES E. WARD, et al.,                    Case No. 19-cv-03423-LB

12              Plaintiffs,

13        v.                                      JUDGMENT

14   UNITED AIRLINES, INC.,

15              Defendant.

16

17      On December 17, 2021, the court denied the plaintiffs' motion for partial summary judgment

18   and granted the motion for summary judgment of United Airlines. Pursuant to Federal Rule of

19   Civil Procedure 58, the court hereby enters judgment in favor of United Airlines and against the

20   certified classes of California-based pilots and California-based flight attendants. The court directs

21   the Clerk of Court to close the file in this matter.

22      **IT IS SO ORDERED.**

23      Dated: December 17, 2021

24                                              _____

25                                              LAUREL BEELER
                                                United States Magistrate Judge
26

27

28

JUDGMENT – No. 19-cv-03423-LB

United States District Court
Northern District of California